December 13, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

T H HILL ASSOCIATES, INC., Appellant

NO. 14-16-00539-CV                    V.

AARON BURROW AND FEARNLEY PROCTER, INC., Appellees

_____

Today the Court heard appellant's motion to dismiss the interlocutory appeal from the order signed by the court below on June 17, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, T H Hill Associates, Inc..

We further order that mandate be issued immediately.

We further order this decision certified below for observance.